AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | United Stated District Court - Central District of California |
| **DOCKET NO.** 8:19cv00937-TJH | **DATE FILED** 5/16/2019 |
| **PLAINTIFF**<br>STRIKE 3 HOLDINGS, LLC | **DEFENDANT**<br>JOHN DOE subscriber assigned IP address 172.90.49.130 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☒ No | DATE RENDERED<br>9/4/2019 |
|---|---|---|
| **CLERK**<br>KIRY K GRAY | **(BY) DEPUTY CLERK**<br>S. Hall-Brown | **DATE**<br>9/5/2019 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit A to the Complaint

Location: Fullerton, CA
Total Works Infringed: 189

IP Address: 172.90.49.130
ISP: Spectrum

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 6A9C3A31CC22405729F230BE6332DE0A31F7BB38 | 03/27/2019 11:53:31 | Vixen | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 2 | 01B8C563D27BC967C2ECCC1EB54F98FF1B10ED3B | 01/16/2018 15:42:01 | Vixen | 11/30/2017 | 01/04/2018 | PA0002097470 |
| 3 | 02468FB5936B82D569B3718F48FF71EEBE6C9E14 | 03/25/2019 12:28:21 | Tushy | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 4 | 0279F8114C90ECBC2C775793D7CD9105ED963856 | 05/07/2018 10:01:21 | Blacked | 01/15/2018 | 01/24/2018 | PA0002101768 |
| 5 | 051A52EFFAA41578BB5F4F7EDE4827997D21BC4C | 08/05/2018 02:47:24 | Vixen | 07/23/2018 | 09/05/2018 | PA0002135670 |
| 6 | 06DB953EF7F035DF3314FA94F8DE333210F1B6BD | 08/24/2018 04:35:26 | Blacked Raw | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 7 | 06F39379F3307C4AF45B6ED9D488BCD8AD3FFDC1 | 08/24/2018 05:27:25 | Blacked Raw | 07/11/2018 | 08/07/2018 | PA0002131894 |
| 8 | 06F79434931C13FC439AF646206E698DBF9E6913 | 05/07/2018 13:45:23 | Blacked Raw | 04/07/2018 | 06/19/2018 | PA0002126641 |
| 9 | 074A66739F74AB2792031B4D9FE311B07B73FBB4 | 02/04/2019 18:56:27 | Vixen | 01/09/2019 | 02/02/2019 | PA0002155377 |
| 10 | 082C43A6A41C30507682EB32F25A418C5223436D | 05/07/2018 16:05:39 | Blacked | 02/04/2018 | 03/01/2018 | PA0002079189 |
| 11 | 09A987FD901FC6E86E8A1768A291B85718BE4E79 | 11/24/2017 04:44:40 | Blacked | 04/30/2017 | 06/15/2017 | PA0002037580 |
| 12 | 0A913ACCE91DDDC1B1EAFC3C48710BCAC622D345 | 01/12/2019 00:42:50 | Blacked Raw | 11/28/2018 | 01/22/2019 | PA0002149836 |
| 13 | 0C38052DA135D91590C9D84E79AC21628D9E9BB6 | 03/25/2019 11:42:11 | Tushy | 09/23/2017 | 10/09/2017 | PA0002086134 |
| 14 | 0C64052E59EC26281DDEC61FBBE1E574ED35000D | 01/30/2019 12:51:23 | Tushy | 01/16/2019 | 02/22/2019 | PA0002155133 |
| 15 | 0FC89E3591ABCE589173E6BBAD64A52E4D79299F | 03/25/2019 06:19:39 | Tushy | 12/02/2018 | 12/18/2018 | PA0002141917 |
| 16 | 11D54A7CCCA1FC5ABAFE9A7172F39ABF4882F687 | 02/04/2019 17:36:38 | Vixen | 09/01/2018 | 11/01/2018 | PA0002143431 |
| 17 | 132E0782A298ADD3C5CDAA3B0AD3072B3E13BB95 | 03/19/2019 08:12:55 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 13E8EEFEE6BEB6F7F9D98C4DF12FB08345043301 | 03/27/2019 13:18:21 | Vixen | 09/14/2018 | 11/01/2018 | PA0002143437 |
| 19 | 14D2C680AA1DD5543C0413431AA079A985B0DC73 | 11/24/2017 04:15:05 | Blacked | 10/02/2017 | 10/10/2017 | PA0002086142 |
| 20 | 15767B4CF1BDB5ADD8DC3544393A9C265AFAA5B5 | 03/26/2019 23:41:37 | Blacked | 12/16/2017 | 01/24/2018 | PA0002101762 |
| 21 | 15E814A146DE0BD7E2ED4DE86162E331BFE0AEED | 08/24/2018 04:31:39 | Blacked | 08/18/2018 | 09/05/2018 | PA0002135664 |
| 22 | 1809D57D2D5C8A110DB432826F6EF13CB753892E | 02/04/2019 17:45:55 | Vixen | 11/20/2018 | 12/18/2018 | PA0002141925 |
| 23 | 196A9A6057B13E7E07AE8AB49A30098A00420545 | 08/24/2018 05:31:19 | Blacked | 07/09/2018 | 08/07/2018 | PA0002131818 |
| 24 | 1A1CA004C58E86F2113AD02995E1387B4A025D32 | 11/24/2017 04:38:53 | Blacked | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 25 | 1B6B000895E6AF68FA1C71417E61A9E9C34EBC71 | 06/24/2018 19:53:47 | Vixen | 09/21/2017 | 10/10/2017 | PA0002086168 |
| 26 | 1D4F8BC60FF91E4A8991397E26BFAA8545914E58 | 11/20/2018 20:08:36 | Vixen | 11/15/2018 | 12/10/2018 | PA0002145829 |
| 27 | 1E67DE039B64675913542CB2412BE5479043424 6 | 11/24/2017 04:46:58 | Blacked | 04/10/2017 | 06/15/2017 | PA0002037582 |
| 28 | 1E79012EA790BB16A1AA00268C5E8C5898F28C57 | 02/04/2019 08:49:34 | Vixen | 06/18/2018 | 07/14/2018 | PA0002128072 |
| 29 | 22090FF3F5A86A9D9C1037E959193A0D2E8DF88C | 05/07/2018 15:54:01 | Blacked Raw | 01/27/2018 | 03/02/2018 | PA0002104873 |
| 30 | 245BA267DA376101FB938D4952C9A96634CCF445 | 01/16/2019 07:49:59 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |
| 31 | 2792CFE99C40641407BFC00440005D0FBAC48D6F | 03/25/2019 09:37:34 | Tushy | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 32 | 27EF224D023462A415E9AA1F50ED06DDA40C617F | 11/23/2017 17:54:16 | Blacked | 10/22/2017 | 11/21/2017 | PA0002063627 |
| 33 | 2801A8B37D06C825F89FF4E0AA43153FF1808B67 | 05/07/2018 12:37:09 | Blacked Raw | 02/16/2018 | 03/01/2018 | PA0002079185 |
| 34 | 2A6509FEA47222250510958EA5C4731EB3FEDDE3 | 11/24/2017 04:03:49 | Blacked | 09/22/2017 | 10/10/2017 | PA0002057455 |
| 35 | 2A87FFB92A8547AF4A92D43DA2660FB0030683E4 | 01/23/2019 17:56:56 | Vixen | 11/25/2018 | 01/22/2019 | PA0002149840 |
| 36 | 2ADE8763346FFA11FC1395267FDA45ACC89C677C | 11/20/2018 20:28:41 | Blacked Raw | 11/03/2018 | 12/10/2018 | PA0002145823 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | 2DB0092A8EED28CD52AA6DD3FB848B68C75B8F77 | 05/07/2018 16:17:05 | Blacked | 01/25/2018 | 03/02/2018 | PA0002104748 |
| 38 | 2EBCD308C7F1141323F532284E71730A94CBF5FE | 08/24/2018 05:11:05 | Blacked Raw | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 39 | 2F73A144B780B7D386C021B9DFCA2C674931DEE8 | 05/07/2018 08:15:15 | Blacked | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 40 | 2F83CE09B1F20BE375C20F1028CD3FBEF3813FDE | 02/19/2019 02:43:29 | Vixen | 02/18/2019 | 03/11/2019 | PA0002158598 |
| 41 | 2FB77FD5F414A077B6A9ABBD094E60D60C18311D | 05/21/2018 04:05:50 | Blacked | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 42 | 2FE4248FF403CC4AC400EB970FBEF1FC8D8454F4 | 05/07/2018 15:50:44 | Blacked | 02/09/2018 | 03/02/2018 | PA0002104745 |
| 43 | 32746C698A142D414674E13A5EC1C7491E5C2055 | 05/07/2018 12:16:09 | Blacked | 02/19/2018 | 03/02/2018 | PA0002104735 |
| 44 | 3322700996A03ADC28816C7F4921A496821C476B | 11/23/2017 17:57:41 | Blacked | 07/09/2017 | 08/17/2017 | PA0002077662 |
| 45 | 34B848F2164ECCC533C071B9A0E3B0F3D05A3518 | 05/07/2018 14:32:43 | Blacked Raw | 03/03/2018 | 04/17/2018 | PA0002116063 |
| 46 | 352D8D6F68451DBAD94635B8E4343E8D1632C261 | 11/20/2018 21:04:42 | Blacked Raw | 10/19/2018 | 11/25/2018 | PA0002136715 |
| 47 | 35716DE321621E8E0C6E0CCBBDAE0F46628F447A | 04/10/2018 08:10:37 | Tushy | 02/05/2018 | 02/20/2018 | PA0002104194 |
| 48 | 3637879FCB7A309DC4BA4B9F7C2D9FB1905E7544 | 07/15/2018 07:01:45 | Tushy | 09/28/2017 | 10/10/2017 | PA0002086160 |
| 49 | 3B431F68A4F96AEEF4E63A2EDA36B635B3FD3CE5 | 08/24/2018 04:52:21 | Blacked Raw | 08/10/2018 | 09/05/2018 | PA0002135668 |
| 50 | 3B5C703DC819B27E0C00605E7B636F3BFF4A66D7 | 03/25/2019 01:10:23 | Tushy | 02/05/2019 | 02/22/2019 | PA0002155146 |
| 51 | 3C42D23AF6864A00AE4CBA8B257DE842262A5911 | 11/24/2017 04:32:59 | Blacked | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 52 | 3C64DE25A475C2A641C10DC2A8A92F74581AF4E7 | 03/25/2019 06:02:22 | Tushy | 01/26/2019 | 02/22/2019 | PA0002155150 |
| 53 | 3CC457CC799E21AEADDA7D5E0EA1A77B64A1C98C | 11/23/2017 17:58:27 | Blacked | 08/08/2017 | 08/18/2017 | PA0002077679 |
| 54 | 3E4D1B5168D11A249867DAEBCF3B5243 96BF2FF4 | 05/07/2018 10:00:29 | Blacked Raw | 03/08/2018 | 04/17/2018 | PA0002116094 |
| 55 | 400625A24D4B1350C5C9869DC1C9F7767C73C4D3 | 03/25/2019 09:48:57 | Tushy | 06/30/2018 | 07/26/2018 | PA0002112157 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 56 | 42FA8D55C449F1B251CBDCA779AF8B82B924AD80 | 03/23/2019 17:54:32 | Tushy | 11/21/2018 | 01/22/2019 | PA0002149838 |
| 57 | 43E0D25E70530A6C6837D3E3EBC16B958F2E24AC | 05/07/2018 12:34:34 | Blacked Raw | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 58 | 4565CA245E7615875CF6103EF72459933D90A612 | 01/29/2019 03:29:57 | Blacked | 01/15/2019 | 02/02/2019 | PA0002155371 |
| 59 | 46657A0D537BDE2011466635C4942788C9B3C075 | 08/05/2018 02:10:34 | Vixen | 02/13/2018 | 03/02/2018 | PA0002104793 |
| 60 | 4A18442901D044C4BD730B2D0D8E716D01A32DD1 | 03/26/2019 12:45:47 | Tushy | 04/01/2017 | 06/05/2017 | PA0002050768 |
| 61 | 4C02D6F66BB0B8E9DBC20AE520E704CAC437C13D | 01/12/2019 00:41:59 | Blacked | 12/06/2018 | 12/18/2018 | PA0002141921 |
| 62 | 4FF2E4454B7FDC55C5009D8FD01EBA4DF65386EF | 11/24/2017 04:32:55 | Blacked | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 63 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | 03/25/2019 11:52:38 | Tushy | 09/13/2017 | 10/10/2017 | PA0002086153 |
| 64 | 503609CB112D245C672078EBE671DE7B59146FCC | 11/23/2017 18:01:13 | Blacked | 08/13/2017 | 08/17/2017 | PA0002077675 |
| 65 | 530E54D481D7BE087FF8875651364C015974E71E | 03/26/2019 12:44:27 | Tushy | 04/26/2017 | 06/15/2017 | PA0002037565 |
| 66 | 554E325A9D7E7E6E67EB4F6AE427E8A6A2D051DC | 05/07/2018 09:45:23 | Blacked | 03/11/2018 | 04/17/2018 | PA0002116091 |
| 67 | 55E8B317484DCA0546D6E5851B3E5161AFF4F8A2 | 12/06/2018 02:56:19 | Blacked | 12/01/2018 | 01/22/2019 | PA0002149844 |
| 68 | 5765982A35E743915F9DB5BCA59D2EE704AB4CB6 | 08/24/2018 04:52:57 | Blacked | 08/13/2018 | 09/05/2018 | PA0002134995 |
| 69 | 5AE3A8DC3C368345DB127E2DF18D039FDE9EF572 | 01/29/2019 03:32:53 | Blacked | 01/20/2019 | 02/22/2019 | PA0002155135 |
| 70 | 5EB444FE3B29AA0C56A35B327C608B115BA9DB1B | 03/25/2019 11:27:35 | Tushy | 12/22/2017 | 01/23/2018 | PA0002101752 |
| 71 | 5F6FB8DFB2DFD2AC9E2B50F5AEE4780448746B4F | 01/23/2019 11:55:35 | Tushy | 06/10/2018 | 07/14/2018 | PA0002128387 |
| 72 | 60C95D0BE2768F19B3B85DDBECABD4D5B1D721BF | 11/24/2017 04:29:10 | Blacked | 06/19/2017 | 07/07/2017 | PA0002070823 |
| 73 | 619A7985AE261937FD346F9ADDCC84888860D7265 | 05/07/2018 08:18:33 | Blacked Raw | 04/22/2018 | 05/24/2018 | PA0002101381 |
| 74 | 61C5B2788912F13F21B410A1E98951191B126004 | 01/28/2018 07:39:14 | Tushy | 09/03/2017 | 09/15/2017 | PA0002052851 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 75 | 61E0C06AD1351C9E55EB3AAE72F17548A0239AAD | 11/24/2017 04:22:14 | Blacked | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 76 | 62DEBABF5C6E7174BC6D60794659DE722532235B | 03/26/2019 11:27:27 | Tushy | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 77 | 650637F4C368482C7EBB844370A51B7A377FFF4E | 01/29/2019 03:19:54 | Blacked Raw | 01/17/2019 | 02/22/2019 | PA0002155141 |
| 78 | 654FDEBA4D88249E1F34D0661AB9A548091828CC | 03/25/2019 09:34:45 | Tushy | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 79 | 66882F76290D2AB7DD93C95E6BFA4DE73EB4E64F | 03/25/2019 12:33:44 | Tushy | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 80 | 6E83B1E3F3220ECA9C2485140F47188F910C0B29 | 02/05/2018 15:58:40 | Blacked Raw | 01/17/2018 | 01/24/2018 | PA0002101760 |
| 81 | 7186B894DFED282141789D052E4DDCD09764FAA3 | 03/26/2019 11:34:11 | Tushy | 07/15/2017 | 08/11/2017 | PA0002075050 |
| 82 | 7187921EA9FCD6A45613346F742B048B53088923 | 02/10/2019 22:15:56 | Tushy | 09/18/2018 | 10/16/2018 | PA0002127779 |
| 83 | 729C3815122E9D62C4F62EC6CAD5CA5B5EBB95F9 | 11/24/2017 04:21:31 | Blacked | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 84 | 73E574E4F56CCBD035DDBA1FCF86A994B22BDB6F | 03/25/2019 00:49:20 | Tushy | 03/17/2019 | 04/08/2019 | PA0002164888 |
| 85 | 763A6FC5F2015463945 75CD7601D8C2D7DBD3AE7 | 09/16/2018 06:09:16 | Blacked Raw | 09/04/2018 | 11/01/2018 | PA0002143430 |
| 86 | 771C669842BE814DA19F886EDF5E759B0EC4BF37 | 11/24/2017 04:23:43 | Blacked | 07/04/2017 | 07/07/2017 | PA0002070819 |
| 87 | 7927D991B118B583CD71828F2F63A12B4635B5E7 | 03/25/2019 09:59:53 | Tushy | 05/21/2018 | 07/14/2018 | PA0002131769 |
| 88 | 7A496D6534DC2D202F8F0C60B122CAFF208959B3 | 03/25/2019 12:26:16 | Tushy | 07/10/2017 | 08/18/2017 | PA0002077678 |
| 89 | 7ADD0E09EEEF8929 82208191A8808453A1480C84 | 03/25/2019 06:23:09 | Tushy | 10/28/2018 | 12/10/2018 | PA0002145831 |
| 90 | 7BD2BFDA3A80BB7D7CCD177EB3EA4FE086597C61 | 02/28/2019 19:08:28 | Blacked | 01/30/2019 | 02/22/2019 | PA0002155138 |
| 91 | 7EFCFD91225A41938303C1D60DB2583BC4A5AFF6 | 08/24/2018 05:31:39 | Blacked | 07/14/2018 | 08/07/2018 | PA0002131895 |
| 92 | 8151CF541971EF70109DA42D60358D50840274AE | 03/25/2019 11:01:49 | Tushy | 01/26/2018 | 02/20/2018 | PA0002104196 |
| 93 | 81D42492975334B332A7CE760DB734759D4626B5 | 08/24/2018 05:06:47 | Blacked Raw | 07/31/2018 | 09/05/2018 | PA0002134603 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 94 | 83AD512AEE0D9C77324A8AAD63B46AF203D3464D | 05/07/2018 08:28:39 | Blacked Raw | 02/11/2018 | 03/02/2018 | PA0002104740 |
| 95 | 83B2F9CA22105C972F55D81AEFE628606713A3F4 | 01/23/2019 19:12:09 | Blacked Raw | 08/25/2018 | 10/16/2018 | PA0002127783 |
| 96 | 85B0EADEDFE575A6815767C63015E183C9597C94 | 08/24/2018 08:41:17 | Vixen | 04/29/2018 | 06/19/2018 | PA0002126677 |
| 97 | 8737D7D0823BFF5EE9801800DA9E329821895E31 | 11/24/2017 04:13:30 | Blacked | 08/28/2017 | 09/15/2017 | PA0002052848 |
| 98 | 87E1EB78BA0C1020BF560F481EB765F2FB0FC8E5 | 11/24/2017 04:32:31 | Blacked | 06/04/2017 | 07/07/2017 | PA0002070826 |
| 99 | 8A52F0878F22B9AC4A7C01099B96A2F81B54B128 | 03/25/2019 05:52:34 | Tushy | 03/07/2019 | 03/31/2019 | PA0002163981 |
| 100 | 8C181C914B032A03802591000ADE134AFBBEFB70 | 02/04/2019 18:02:06 | Blacked | 12/11/2018 | 01/22/2019 | PA0002147907 |
| 101 | 8CA259425BD02187FC43DEFE7F68A2E4CB10EBFE | 04/04/2018 13:34:22 | Tushy | 03/07/2018 | 04/17/2018 | PA0002116089 |
| 102 | 8D2EFF22392159795F468C91719C1C252C255924 | 05/07/2018 15:58:05 | Blacked Raw | 03/23/2018 | 04/17/2018 | PA0002116746 |
| 103 | 92401415234E09F5E207409EF07B67BE7CD68634 | 03/01/2019 00:28:21 | Blacked | 02/24/2019 | 03/31/2019 | PA0002163974 |
| 104 | 946096CD5ADCC4055355EB92A4FA7D688F89579A | 05/21/2018 03:39:31 | Blacked Raw | 05/02/2018 | 06/19/2018 | PA0002126647 |
| 105 | 9576D10D0253F5954B16C9C17C755541603FEB3B | 03/25/2019 01:08:53 | Tushy | 01/31/2019 | 02/22/2019 | PA0002155140 |
| 106 | 992FDDD2DE506323494443D9DA5DE56C05C7BE204 | 11/24/2017 04:39:15 | Blacked | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 107 | 9B5761C43053C4D647846D4270AD5085098C8B1A | 01/16/2018 15:42:02 | Tushy | 08/29/2017 | 10/10/2017 | PA0002086144 |
| 108 | 9D1114F2ED6D94B73577B2D61F135B08A65E782D | 02/17/2018 05:49:53 | Blacked | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 109 | 9D2247F53E427F6FB0718CC2346CBBA4008C13EA | 12/05/2017 06:03:52 | Blacked Raw | 12/03/2017 | 01/04/2018 | PA0002097460 |
| 110 | 9FEF67B7211449EAC37C3C8AB46758A222FD9FA2 | 05/07/2018 15:44:13 | Blacked | 02/14/2018 | 03/02/2018 | PA0002104757 |
| 111 | A1A56A2B98ABF91CD9C6DAEB2EA4DF592C17CA31 | 11/20/2018 20:28:50 | Blacked | 09/22/2018 | 11/01/2018 | PA0002143419 |
| 112 | A1D29F25C0C4393FA8C8AB72BE1BAC6C914A0185 | 05/07/2018 08:14:22 | Blacked | 03/01/2018 | 04/12/2018 | PA0002091580 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 113 | A25F0F8A58F9E53C1BF9249E70F2C692B76AE904 | 01/29/2019 03:14:49 | Blacked Raw | 01/12/2019 | 02/02/2019 | PA0002155388 |
| 114 | A460BDA775DEF88F7E956E928A7FFEBFB1EB504A | 03/26/2019 11:41:22 | Tushy | 09/18/2017 | 10/09/2017 | PA0002086139 |
| 115 | A5DAB5C75BEE5E7712B44AB312CC175F0E036C7B | 11/24/2017 04:13:29 | Blacked | 09/17/2017 | 10/10/2017 | PA0002086174 |
| 116 | A5FA84BEBC5D2C5A533058l452C032D90577EDC1 | 03/25/2019 12:20:37 | Tushy | 08/04/2017 | 08/17/2017 | PA0002077666 |
| 117 | A7D8E54FCF615F5675572AF2E5F6B353CC2DE331 | 03/25/2019 07:58:15 | Tushy | 08/24/2018 | 11/01/2018 | PA0002143429 |
| 118 | A825A5B2C0A69428CCCF8ABF9FCCFDBF0B27D533 | 03/26/2019 08:25:42 | Tushy | 02/10/2018 | 02/20/2018 | PA0002104201 |
| 119 | A9092A4000B816BDB32CF339ACD7C7F45C2E37A1 | 08/24/2018 04:33:03 | Blacked Raw | 08/15/2018 | 09/01/2018 | PA0002119585 |
| 120 | A90A83B4444B4CCE14D07FBDCB7364C00F265F746 | 05/07/2018 15:58:40 | Blacked Raw | 02/01/2018 | 02/20/2018 | PA0002104206 |
| 121 | AB6FFB0FD899B425F25C5D577CC4811AF5EC369B | 11/24/2017 04:22:38 | Blacked | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 122 | ADE1368B6E46C601134E0855349l193B57B6B7C9 | 05/07/2018 09:14:39 | Blacked Raw | 03/18/2018 | 04/17/2018 | PA0002116068 |
| 123 | ADF92777B14406D128959B39973AE553DEF166E7 | 11/24/2017 05:11:31 | Blacked | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 124 | AE452322D4BF39B173EBF746370CA3A1AFA63F97 | 12/04/2018 05:05:13 | Blacked Raw | 11/08/2018 | 12/10/2018 | PA0002145833 |
| 125 | B13AE94A241C9D4B473BBB3C26F761F76F55D935 | 03/25/2019 01:16:32 | Tushy | 01/06/2019 | 01/22/2019 | PA0002147897 |
| 126 | B1491EAED99A1C3B885F72BAC9D1EA8463CB0884 | 05/07/2018 13:24:35 | Blacked Raw | 02/21/2018 | 03/02/2018 | PA0002104741 |
| 127 | B1A2DC4765A2B4D99B966CF0D71D5D3E5D20C027 | 05/07/2018 12:51:08 | Blacked Raw | 02/26/2018 | 03/02/2018 | PA0002104869 |
| 128 | B1A4F828F2ED8F48701F42D188589DD6B055E3B2 | 08/24/2018 05:07:45 | Blacked Raw | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 129 | B2749CF736B2B9C9F225CE6CC55D853EBF21294C4 | 05/07/2018 08:30:06 | Blacked Raw | 02/06/2018 | 02/20/2018 | PA0002104186 |
| 130 | B2FD66E2AC3041F5BC1B47E10AB19BFE17034FE9 | 05/07/2018 13:24:58 | Blacked Raw | 04/12/2018 | 06/18/2018 | PA0002126637 |
| 131 | B316A7B2BA822FD11A7D2D2733FE8293C9BE17DC | 03/25/2019 12:35:17 | Tushy | 06/05/2017 | 07/07/2017 | PA0002074097 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 132 | B341F954ABC5CF335C8EF29C60DEE532B6AAE238 | 01/12/2019 00:42:50 | Blacked Raw | 12/08/2018 | 12/18/2018 | PA0002141919 |
| 133 | B48F74F303DFEFFA58AF3F8FB8007764EE5E02E7 | 10/25/2017 20:20:34 | Vixen | 10/11/2017 | 10/19/2017 | PA0002090452 |
| 134 | B677D250D79150542676198836BAC6F6A30E02B6 | 05/07/2018 16:22:12 | Blacked | 01/20/2018 | 03/02/2018 | PA0002104876 |
| 135 | B68B8C669446003D2232423C89CFB7B2794ADF8E | 03/27/2019 09:44:23 | Tushy | 01/01/2019 | 02/02/2019 | PA0002155376 |
| 136 | B6A4F8A03CEF541B14F57855E9DE1369A9298CCC | 02/04/2019 19:13:45 | Blacked Raw | 12/20/2018 | 01/22/2019 | PA0002147906 |
| 137 | B7F9B4455C8C085B75BD0E4E23AA26317B2DE1FB | 01/29/2018 07:55:35 | Vixen | 01/24/2018 | 03/02/2018 | PA0002104759 |
| 138 | B9E04B12C11EEDDBD992F5AE10F99DC5BA4E81DB | 01/31/2019 02:22:53 | Tushy | 06/20/2018 | 08/07/2018 | PA0002132405 |
| 139 | BB30C137DD01B82A712E2DB6A8698AC6799655AC | 05/07/2018 11:50:27 | Blacked | 02/24/2018 | 03/01/2018 | PA0002079184 |
| 140 | BC570785D1C924C2FE8D1B5812B987DEC89FFA31 | 06/02/2018 08:27:45 | Vixen | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 141 | BEA12C39DF9C1CB6295BF451345FC7AFE5EDBB50 | 06/24/2018 19:34:45 | Vixen | 03/10/2018 | 04/17/2018 | PA0002116743 |
| 142 | BFB0C6B34A693BC40981D11313056612733E3A70 | 03/25/2019 09:10:13 | Tushy | 11/17/2018 | 12/10/2018 | PA0002145827 |
| 143 | C0F9A326AE41154B3077207B70FB9AF53399C52D6 | 03/25/2019 07:32:13 | Tushy | 09/03/2018 | 11/01/2018 | PA0002143436 |
| 144 | C1242C6BAF05ADCC2C4FB61D40FAC6C469F25E9B | 11/23/2017 17:56:34 | Blacked | 04/25/2017 | 06/15/2017 | PA0002037576 |
| 145 | C5801933E35BCD594B73AAAC656A63F1A5CA8E8B | 03/24/2018 08:51:21 | Blacked | 12/11/2017 | 01/04/2018 | PA0002097429 |
| 146 | C5F97651D6D0ACCAF80962B6D247D3DB106817EF | 05/07/2018 15:04:03 | Blacked | 03/31/2018 | 04/12/2018 | PA0002091516 |
| 147 | C8677DE82C7033CA6BDF6C2062C173F7401FFBE2 | 03/27/2019 00:20:10 | Vixen | 01/19/2018 | 03/02/2018 | PA0002104769 |
| 148 | C8B2764834D0EA655833CE2084BFA153880993D9 | 05/07/2018 09:56:53 | Blacked | 03/06/2018 | 04/12/2018 | PA0002091581 |
| 149 | C8EFA09EF1CAEC72B25969BB84371884337D26B7 | 10/25/2017 20:15:06 | Vixen | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 150 | CA0560D2CC3CE0546C8A38C8D7A55089AE430A8E | 05/07/2018 09:58:45 | Blacked | 01/30/2018 | 03/01/2018 | PA0002079186 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 151 | CA2BD24A9E144AAC283890A9F9BF3997F62FF7D | 05/07/2018 16:05:39 | Blacked Raw | 03/13/2018 | 04/17/2018 | PA0002116738 |
| 152 | CD697A3549A0F9C1A1B30D3FE01F50E6F82FA365 | 05/21/2018 03:42:46 | Blacked | 04/15/2018 | 05/23/2018 | PA0002101306 |
| 153 | CE6656A7C36384264CCC7DBE7DF2D42A9A040C19 | 05/07/2018 13:45:24 | Blacked Raw | 01/12/2018 | 01/23/2018 | PA0002101755 |
| 154 | D31CBC39E31EA20141EB847E24725F06CFC004AB | 11/23/2017 18:03:54 | Blacked | 04/05/2017 | 06/05/2017 | PA0002052859 |
| 155 | D33B55F4B260300934470B2571AA379EBBA73038 | 03/27/2019 14:30:21 | Vixen | 12/10/2018 | 01/22/2019 | PA0002149491 |
| 156 | D4130E59A4F7FAA536754AB19E46653D45AA46FF | 02/28/2019 18:50:46 | Blacked | 02/13/2019 | 03/11/2019 | PA0002158597 |
| 157 | D50BF8212FE5D98D5F36C1B12E745F493E67C6DE | 05/07/2018 11:23:47 | Blacked Raw | 04/02/2018 | 04/17/2018 | PA0002116078 |
| 158 | D61C5F04FDAB4454432 6F331502 21B2E8A0538C6 | 03/25/2019 05:45:30 | Tushy | 03/22/2019 | 04/08/2019 | PA0002164887 |
| 159 | D6273EE348C2274701FD6550CE62A3865892BA96 | 01/29/2019 03:14:57 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 160 | D68599155F00A8CA95C8BF9F81800CC36A2FEAA5 | 05/29/2018 20:01:29 | Vixen | 05/29/2018 | 07/14/2018 | PA0002128390 |
| 161 | D6FF33CDDB5C3C204EA44BFF85934ADA5BAD3B07 | 05/21/2018 03:10:48 | Blacked | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 162 | D9A9D5AE776DD9937796A8AE0509496FAF90C5B2 | 03/26/2019 12:54:23 | Tushy | 04/11/2017 | 06/15/2017 | PA0002037579 |
| 163 | D9D453CA10A11F235D92278E4484BE5A2B5A9F1 | 06/30/2018 21:44:12 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 164 | DBAA02153CB1ACE3D2D3133FD8A00C6766453DA5 | 05/08/2018 00:48:15 | Blacked Raw | 01/02/2018 | 01/26/2018 | PA0002101761 |
| 165 | DBD37806A272E34CF33F9EDAF8BDA6391FF8F7C0 | 03/19/2019 08:15:01 | Blacked | 03/06/2019 | 03/31/2019 | PA0002163978 |
| 166 | DBF08487A3D7FE3704DADAB3BEAE6159E4C2DA38 | 03/25/2019 09:46:50 | Tushy | 07/10/2018 | 08/07/2018 | PA0002132397 |
| 167 | DCBE768B9794A804EED1BD6C3027B1D9C0B8886F | 02/28/2019 20:04:47 | Blacked Raw | 02/16/2019 | 03/11/2019 | PA0002158595 |
| 168 | DD77C5008AAE485F89439B9B89EB1B92D8617620 | 02/17/2018 02:19:47 | Blacked | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 169 | E077B1FF542F9813257F25F80DF621F1EC832879 | 10/25/2017 20:15:35 | Vixen | 09/06/2017 | 09/15/2017 | PA0002052844 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 170 | E13DF1C4B0B6D03FB52E1B5B4A384F331B4EA5C1 | 11/24/2017 04:32:16 | Blacked | 06/09/2017 | 07/07/2017 | PA0002070825 |
| 171 | E3EDEB068EFEC672F08F6D1B0A91619FCC9E5C53 | 03/26/2019 12:14:35 | Tushy | 06/20/2017 | 07/07/2017 | PA0002070816 |
| 172 | E4161F1C95B5880A29E7937BB586B9281707165C | 11/24/2017 03:47:52 | Blacked Raw | 11/03/2017 | 12/04/2017 | PA0002098024 |
| 173 | E43B5A0E42878BF3B8F3EE68B62E1CA65212E2E4 | 04/12/2018 15:44:18 | Tushy | 03/12/2018 | 04/17/2018 | PA0002116754 |
| 174 | E47F7819E387006EB1D77B9898FF77A04FEDF08E | 05/07/2018 09:15:55 | Blacked Raw | 01/22/2018 | 02/20/2018 | PA0002104185 |
| 175 | E5D727B713329E0DACAD33289B9E8E5225304255 | 02/28/2019 18:42:58 | Blacked | 02/09/2019 | 03/11/2019 | PA0002158599 |
| 176 | E895E4E69F428DABB264A9F9B1A6F7955127088E | 11/24/2017 04:41:19 | Blacked | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 177 | EA940B8AA781644B98523FD3D1B0B6809C9A5229 | 05/08/2018 00:43:20 | Blacked | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 178 | EAB3533FB381C799B59AAA64A20DF16CE3C18A18 | 03/19/2019 10:01:54 | Blacked | 03/01/2019 | 03/31/2019 | PA0002163976 |
| 179 | EECBC957C07B74E8D2C3EDDF2447E1E531CFB050 | 03/26/2019 12:46:32 | Tushy | 06/10/2017 | 07/07/2017 | PA0002074096 |
| 180 | F0310DE0CA3D0D5F0B9E1A72B974400A25224DCB | 11/24/2017 04:14:02 | Blacked | 08/23/2017 | 10/10/2017 | PA0002086163 |
| 181 | F24BFA7B147F6C133D5EAAA6D9A90336FCB3CF3B | 11/23/2017 18:39:40 | Blacked | 04/15/2017 | 06/15/2017 | PA0002037563 |
| 182 | F32C31E4B99A1FD318098B5330FCF39BC3CAA4F3 | 05/07/2018 15:47:55 | Blacked | 03/26/2018 | 04/12/2018 | PA0002091525 |
| 183 | F518524A3E8B5819DB451A88F725D979F728EC34 | 11/20/2018 20:25:36 | Vixen | 08/12/2018 | 09/01/2018 | PA0002119680 |
| 184 | F670712F170031C3BD02EAC6C0D811ABF1C0EA1B | 11/23/2017 18:10:15 | Blacked | 09/12/2017 | 09/15/2017 | PA0002052846 |
| 185 | F679391ED7AA38CC22B99756D9BFE6FE26F96FCA | 08/05/2018 02:32:26 | Blacked Raw | 04/27/2018 | 05/24/2018 | PA0002101367 |
| 186 | F7A1C4773222361EE6488DD9ED980E6705D7179 | 03/25/2019 12:41:06 | Tushy | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 187 | FB3BE6815044F9B4866DD510C68A6E4544BFB5A5 | 05/07/2018 16:17:07 | Blacked | 03/16/2018 | 04/12/2018 | PA0002091582 |
| 188 | FB87F849A8922F43E9B9DAF78EDD3926B40F0CFA | 01/12/2019 00:19:29 | Blacked Raw | 12/13/2018 | 02/02/2019 | PA0002154971 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 189 | FD5E373399EF472BD00ED045C4D244E369622FF6 | 11/23/2017 17:54:10 | Blacked | 05/30/2017 | 06/22/2017 | PA0002039295 |